■ THOMAS CHIRUMBOLO, JR., Respondent, v THERESA CHIRUMBOLO, Also Known as THERESA WINTER, Appellant. (Appeal No. 2.)—Order unanimously reversed, without costs, and motion granted. Same memorandum as in Chirumbolo v Chirumbolo, Appeal No. 1 (75 AD2d 992). (Appeal from order of Wayne County Family Court—temporary custody.) Present—Cardamone, J. P., Hancock, Jr., Callahan, Witmer and Moule, JJ.